IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| CARLEEN BLACK AND KACE WHITAKER, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § § | CAUSE NO. A-07-CA-924-LY |
| PAN AMERICAN LABORATORIES, LLC; PAMLAB, LLC; SAMUEL CAMP; AND STEPHEN CAMP, | § § § § § | |
| DEFENDANTS. | § § | |

## AMENDED FINAL JUDGMENT

In accordance with the Memorandum Opinion Following Remand issued by this Court on this day, the Court renders this Amended Final Judgment pursuant to Federal Rule of Civil Procedure 58. The Court's September 30, 2011 Final Judgment is incorporated by reference in this judgment except as set forth below.

**IT IS HEREBY ORDERED** that Plaintiff Carleen Black shall recover from Defendants Pan American Laboratories, LLC and Pamlab, LLC, jointly and severally, **$72,364.63** in back pay on Black's quota claim, **$150,000** in back pay on Black's termination claim, and **$200,000** in compensatory and punitive damages. *See* 42 U.S.C. § 1981a; Tex. Lab. Code § 21.2585.

**IT IS FURTHER ORDERED** that Plaintiff Carleen Black recover from Defendants Pan American Laboratories, LLC and Pamlab, LLC, jointly and severally, prejudgment interest at a rate of **0.41%** *per annum* on the sum of **$422,364.63**, beginning April 16, 2006, through September 29, 2009, which is the day before the Court signed the original Final Judgment in this cause, in the

amount of $5,991.66. *See* 28 U.S.C. § 1961; *Williams v. Trader Pub. Co.*, 218 F.3d 481, 488 (5th Cir. 2000) (per curiam).

All of the above shall bear interest at the rate of **0.41%** *per annum* from September 30, 2009, which is the day the Court signed the original Final Judgment, until paid.

SIGNED this 22nd day of November, 2011.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE